UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE HITCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 19-2370 (KBJ) |
| | ) |
| ALEJANDRO MAYORKAS,[1] Secretary of Homeland Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice and with each party to bear their own costs and fees.

Respectfully submitted,

/s/ J. Barrett Kelly
ALAN LESCHT, D.C. Bar #441691
J. BARRETT KELLY, D.C. Bar # 1019475
Alan Lescht & Associates, P.C.
1825 K Street, N.W., Suite 750
Washington, D.C. 20006
Tel: (202) 463-6036
Fax: (202) 463-6067
alan.lescht@leschtlaw.com

*Attorney for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Sian Jones
         SIAN JONES, D.C. Bar # 1024062
         Assistant United States Attorney
         U.S. Attorney's Office, Civil Division
         555 Fourth Street, N.W.
         Washington, D.C. 20530
         (202) 252-2578
         Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

Dated:  March 5, 2021

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Chad Wolf is automatically replaced as a party by Alejandro Mayorkas, the current Secretary of Homeland Security.